**FILED**
**JANUARY 26, 2010**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JAN 7 2010
Jan 7, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Scottie Paul Smith

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

10 C 99
Judge Charles P. Kocoras
Magistrate Judge Nan R. Nolan

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Thomas Dart (Sheriff of Cook County)
ur. Thomas (superintendent Div 9)
Dentist (Div 9) - John Doe
Doctor M. Khan
Dr. Sims
Government Cook County

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY: Jurisdiction is based upon 28 U.S.C. §§ 1343, 1331 and 1367.

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

Additionally Plaintiff relies upon the courts supplemental jurisdiction to assert the Illinois state claim of Reckless and/or intentional of Physical and Emotional pain.

I. **Plaintiff(s):**

A. Name: Scottie Smith

B. List all aliases: Billy Smith

C. Prisoner identification number: 20090015138

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Thomas Dart

Title: Sheriff of Cook County

Place of Employment: Cook County

B. Defendant: Mr. Thomas

Title: Superintendent of Div 9

Place of Employment: Cook County

C. Defendant: John Doe (Dentist Div 9

Title: Dentist at Cook County Jail

Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: Doctor M Khan
Title: Doctor c.c.D.O.c
Place of Employment: cook county

E. Defendant: Doctor Sims
Title: Doctor c.c.D.O.c
Place of Employment: cook county

F. Defendant: Government of cook county
Title: Government of cook county
Place of Employment: cook county

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Scottie Smith, Sidney Peterson vs Thomas Dart  09-C-7494

B. Approximate date of filing lawsuit: Dec 2 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Scottie Smith Sidney Peterson

D. List all defendants: Thomas Dart, Government of Cook County, Superintendent Moreci

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Charles P. Kocoras Magistrate Judge Nan R. Nolan

G. Basic claim made: Against Cook County Jail for being in a cell with no working lights.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): still pending

I. Approximate date of disposition: 

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Upon my arrival here at Cook county Jail, I was placed in DIV 9. I explained to the Doctor that I needed to be seen by a Dentist, once I was told, had to fill out a medical request form in which I did do on a numerous of occasions. My Jaw had been fractured in 2007, I have a screw left in my mouth which has not been placed in my mouth properly, I have pain and its hurting my Jaw at times. I find myself in pain so much do to this screw cutting my Jaw, the meat around my Jaw line I was told by the surgent whom preformed the surgery was suppose to cover up this screw. My chin is num also the doctor Khan prescribed me a oral mouth wash until I was seen by the dentist, unfortunate I havent been seen by a Dentist yet I've now been incarcerated here at the cook county Jail now as a pretrail Detainee for 9 months now. that should be a case of Deliberate indifference

inadequacies of dental system. I can't understand one thing, if im beening held against my will why can't i receve medical teratment when needed. I've wrote a grievance up on the ~~dental~~ situation there respance, they'll get at me a.s.a.p but not yet, 9 month that's redicalous.

I also have or should i say had a tooth that was bothering me in pain also it was loose after a few months, continued to wiggle on it and it finally came out, i had to get medicine from another inmate as for Aspirns was concern Tbrophen for the pain. I found my self suffering at the hands of a holding place for pretrail Detainee's against there will, cant receve proper medical Attention when needed, these thing go unatended can cause damage longer down the line, and i pray that i dont have no side affects i still havent seen the dentist yet.

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages 50,000

Punitive Damages 50,000

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16th day of December, 2009

_Scottie Smith_
(Signature of plaintiff or plaintiffs)

Scottie Smith
(Print name)

200900015138
(I.D. Number)

_____
(Address)

6

Revised 9/2007